

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CAPITAL APPRAISAL GROUP, L.L.C., | § | No. 08-14-00296-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| WESTERN REFINING CO., L.P., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014-DCV-00446) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **February 24, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. S. Anthony Safi, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 24, 2015.

IT IS SO ORDERED this 5th day of February, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.